IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH SHAW,

   Plaintiff,

  v.

THE TAVERN AT PHIPPS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-2554-TWT

## ORDER

This is an action for race discrimination under Title II of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. It is before the Court on the Report and Recommendation [Doc. 125] of the Magistrate Judge recommending denying the Defendants' Motion for Summary Judgment [Doc. 100]. For the reasons set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, there is a genuine issue of fact as to whether the Defendants' actions during the incident in question were racially motivated. I approve and adopt the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 100] is DENIED. The parties are directed to submit a consolidated pre-trial order within 21 days from the docketing of this Order.

T:\ORDERS\08\Shaw\r&r.wpd

SO ORDERED, this 21 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge